Order of Dismissal with Prejudice.                             Case number 12-00295

1   Jay L. Sellers

2   One Shields Ave ASUCD box 162

3   Davis CA 95616

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9

10                   ----------------------------------------------------

11  JAY L. SELLERS,                         CASE # 12-00295  *MEJ*

12       Plaintiff,

13  vs

14  UNITED STATES, ET AL,

15       Defendants

16  ====================================================================

17                                  **Order**

18       Plaintiff requests to dismiss his case. Court records disclose that it is the secnd time. The

19  law is clear. Plaintiff was referred to services for legal help and chose not to take advantage of

20  the thehelp that would have been provided. Therefoe the court, having no choice, dismisses this

21  case with prejudice.

22       The clerk will notify plaintiff of the court's decision and isssue final judgment in this case

23  in accordance with the will of the court.

[Stamp: GRANTED — Judge Maria-Elena James — United States District Court, Northern District of California]

Order of Dismissal with Prejudice.                     Case number 12-00295

24        It is so ordered..

25   Dated                              Signature:

26